FRED SHORE, an Infant, by DANIEL SHORE, His Guardian ad Litem, and DANIEL SHORE v. UNITED STATES TRUCKING CORPORATION, Impleaded, etc. BARTOLO

Bono v. United States Trucking Corporation. Bartolo Bono v. Leo Schlanger.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.